Laurence M. Rosen (219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

[*Additional Counsel Listed Below*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDUL-HAMEED, Individually and on behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>SNAP INC., EVAN T. SPIEGEL, and DEREK ANDERSEN,<br><br>     Defendants. | Case No. 2:25-CV-07844-RGK-RAO<br><br>**MOTION OF RODNEY PARSONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: R. Gary Klausner<br>HEARING: November 17, 2025<br>TIME: 9:00 a.m.<br>CTRM: 850 |

1

PLEASE TAKE NOTICE that on Monday, November 17, 2025 at 9:00 a.m. before the Honorable R. Gary Klausner in the United States Courthouse, 255 East Temple Street Los Angeles, CA 90012, Rodney Parsons ("Movant") will and does move this Court for an order granting his Motion for: (1) appointment of Movant as Lead Plaintiff of the Class; and (2) approval of Movant's selection of The Rosen Law Firm, P.A. and The Schall Law Firm as Lead Counsel for the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that: (1) Movant should be appointed as Lead Plaintiff for the class of all purchasers of Snap, Inc. ("Snap" or the "Company") securities between April 29, 2025, to August 5, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest, and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (2) Movant's selection of The Rosen Law Firm, P.A. and The Schall Law Firm as Lead Counsel should be approved as the firms are well-qualified and have extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen (and exhibits attached thereto), and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant will not know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: October 20, 2025                    Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           /s/ Laurence M. Rosen
                                           Laurence M. Rosen, Esq. (SBN 219683)
                                           355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
                                           Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
                                           Email: lrosen@rosenlegal.com

                                           *Counsel for Movant and [Proposed]*
                                           *Co-Lead Counsel for the Class*

                                           **THE SCHALL LAW FIRM**
                                           Brian Schall (290685)
                                           2049 Century Park East, Suite 2460
                                           Los Angeles, CA 90067
                                           Telephone: (310) 301-3335
                                           brian@schallfirm.com

                                           *Counsel for Movant and [Proposed]*
                                           *Co-Lead Counsel for the Class*

3

MOTION OF RODNEY PARSONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
CHOICE OF COUNSEL – 2:25-CV-07844-RGK- RAO

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On October 20, 2025, I electronically filed the following **MOTION OF RODNEY PARSONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 20, 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOTION OF RODNEY PARSONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – 2:25-CV-07844-RGK- RAO