# Exhibit 3

**Snap Inc.**
**Class Period: April 29, 2025 through August 5, 2025**

Lookback Price: 7.65

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodney C Parsons | 6/12/2025 | 50,000 | ($8.45) | ($422,500.00) | 6/11/2025 | 50,000 | $8.85 | $442,500.00 | | | |
| **Account 1** | 6/13/2025 | 50,000 | ($8.00) | ($399,985.00) | 6/27/2025 | 250,000 | $8.85 | $2,212,500.00 | | | |
| | 6/13/2025 | 50,000 | ($8.00) | ($399,980.00) | 6/27/2025 | 250,000 | $8.90 | $2,225,000.00 | | | |
| | 6/13/2025 | 50,000 | ($8.00) | ($400,000.00) | 7/1/2025 | 18,910 | $8.95 | $169,244.50 | | | |
| | 6/13/2025 | 25,000 | ($8.00) | ($199,875.00) | 7/1/2025 | 31,090 | $9.11 | $283,233.01 | | | |
| | 6/13/2025 | 25,000 | ($7.92) | ($197,997.50) | 7/1/2025 | 18,032 | $9.15 | $164,992.80 | | | |
| | 6/20/2025 | 100,000 | ($8.10) | ($810,000.00) | 7/1/2025 | 31,968 | $9.10 | $290,908.80 | | | |
| | 6/23/2025 | 50,000 | ($7.90) | ($395,000.00) | 7/1/2025 | 100,000 | $9.35 | $935,000.00 | | | |
| | 6/23/2025 | 50,000 | ($7.90) | ($395,000.00) | 7/1/2025 | 50,000 | $9.40 | $470,000.00 | | | |
| | 6/25/2025 | 100,000 | ($8.05) | ($805,000.00) | 7/1/2025 | 50,000 | $9.50 | $475,000.00 | | | |
| | 7/15/2025 | 125,000 | ($9.50) | ($1,187,500.00) | 7/2/2025 | 50,000 | $9.50 | $475,000.00 | | | |
| | 7/21/2025 | 50,000 | ($10.08) | ($504,000.00) | 7/2/2025 | 50,000 | $9.60 | $480,000.00 | | | |
| | 7/21/2025 | 175,000 | ($9.90) | ($1,732,500.00) | 7/14/2025 | 100,000 | $9.40 | $940,000.00 | | | |
| | 7/21/2025 | 150,000 | ($9.85) | ($1,477,500.00) | 7/14/2025 | 75,000 | $9.44 | $708,000.00 | | | |
| | 7/23/2025 | 125,000 | ($10.25) | ($1,281,250.00) | 7/14/2025 | 50,000 | $9.48 | $474,000.00 | | | |
| | 7/23/2025 | 100,000 | ($10.20) | ($1,020,000.00) | 7/14/2025 | 25,000 | $9.52 | $238,000.00 | | | |
| | 7/23/2025 | 100,000 | ($10.20) | ($1,020,000.00) | 7/14/2025 | 50,000 | $9.56 | $478,080.00 | | | |
| | 7/23/2025 | 100,000 | ($10.18) | ($1,018,000.00) | 7/17/2025 | 125,000 | $9.85 | $1,231,250.00 | | | |
| | 7/23/2025 | 2,486 | ($10.15) | ($25,232.90) | 7/17/2025 | 50,000 | $10.08 | $504,005.00 | | | |
| | 7/23/2025 | 147,514 | ($10.19) | ($1,503,167.66) | 7/22/2025 | 200,000 | $10.18 | $2,036,000.00 | | | |
| | 7/23/2025 | 125,000 | ($10.20) | ($1,275,000.00) | 7/22/2025 | 50,000 | $10.25 | $512,500.00 | | | |
| | 7/24/2025 | 100,000 | ($10.0000) | ($1,000,000.00) | 7/22/2025 | 75,000 | $10.35 | $776,250.00 | | | |
| | 7/24/2025 | 50,000 | ($9.9000) | ($495,000.00) | 7/25/2025 | Sell 2750 7/25/25 10 Call | $0.01 | $2,750.00 | | | |
| | 7/24/2025 | 25,000 | ($9.85) | ($246,250.00) | 7/25/2025 | Sell 250 7/25/25 10 Call | $0.01 | $250.00 | | | |
| | 7/24/2025 | 25,000 | ($9.80) | ($245,000.00) | 8/11/2025 | 500 | $7.22 | $3,610.00 | | | |
| | 7/24/2025 | 25,000 | ($9.78) | ($244,500.00) | | | | | | | |
| | 7/24/2025 | 25,000 | ($9.75) | ($243,750.00) | | | | | | | |
| | 7/24/2025 | 25,000 | ($9.70) | ($242,500.00) | | | | | | | |
| | 7/25/2025 | 25,000 | ($9.6000) | ($240,000.00) | | | | | | | |
| | 7/25/2025 | 10,000 | ($9.5700) | ($95,700.00) | | | | | | | |
| | 7/28/2025 | 15,000 | ($9.6000) | ($144,000.00) | | | | | | | |
| | 7/28/2025 | 5,000 | ($9.6000) | ($48,000.00) | | | | | | | |
| | 7/29/2025 | 5,000 | ($9.5000) | ($47,500.00) | | | | | | | |
| | 7/29/2025 | 5,000 | ($9.5000) | ($47,500.00) | | | | | | | |
| | 7/29/2025 | 10,000 | ($9.4500) | ($94,500.00) | | | | | | | |
| | 7/29/2025 | 9,900 | ($9.4500) | ($93,555.00) | | | | | | | |
| | 7/29/2025 | 100 | ($9.4300) | ($943.00) | | | | | | | |
| | 7/29/2025 | 15,000 | ($9.3999) | ($140,998.50) | | | | | | | |
| | 7/29/2025 | 25,000 | ($9.3500) | ($233,750.00) | | | | | | | |
| | 7/30/2025 | 50,000 | ($9.2500) | ($462,500.00) | | | | | | | |
| | 8/11/2025 | 50,000 | ($7.3000) | ($365,000.00) | | | | | | | |
| | 8/14/2025 | 500 | ($7.1850) | ($3,592.50) | | | | | | | |
| | | 2,250,500 | | ($21,204,027.06) | | 1,750,500 | | $16,528,074.11 | 500,000 | $3,825,000.00 | ($850,952.95) |
| **Account 2** | 6/25/2025 | 10,000 | ($8.05) | ($80,500.00) | 6/27/2025 | 10000 | $8.85 | $88,500.00 | | | |
| | 7/15/2025 | 5,000 | ($9.50) | ($47,500.00) | 7/2/2025 | 5000 | $9.54 | $47,700.00 | | | |
| | 7/23/2025 | 2,500 | ($10.15) | ($25,375.00) | 7/14/2025 | 5000 | $9.41 | $47,050.00 | | | |
| | 7/23/2025 | 2,500 | ($10.05) | ($25,125.00) | | | | | | | |
| | 7/24/2025 | 10,000 | ($9.78) | ($97,800.00) | | | | | | | |
| | | 30,000 | | ($276,300.00) | | 20,000 | | $183,250.00 | 10,000 | $76,500.00 | ($16,550.00) |
| | | | | | | | | **Total** | | | ($867,502.95) |