UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDUL-HAMEED, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC., EVAN T. SPIEGEL, and DEREK ANDERSEN, <br><br> Defendants. | Case No. 2:25-CV-07844-RGK-RAO <br><br> **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: R. Gary Klausner <br> HEARING: November 17, 2025 <br> TIME: 9:00 a.m. <br> CTRM: 850 |

WHEREAS, the above-captioned securities class action has been filed against Defendants Snap Inc., Evan T. Spiegel, and Derek Andersen (collectively "Defendants"), alleging claims under the Securities Exchange Act of 1934;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on August 21, 2025, a notice was issued to potential class members of the action informing them of their right to

1

move to serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on October 20, 2025, Rodney Parsons ("Movant") timely moved the Court for appointment as lead plaintiff and to approve his selection of counsel;

WHEREAS, the PSLRA, provides, among other things, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfies the pertinent requirements of Fed. R. Civ. P. 23; and

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I);

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), Movant Rodney Parsons is appointed as Lead Plaintiff of the class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2. Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. and The Schall Law Firm are appointed as Co-Lead Counsel.

3. Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Lead Counsel is to avoid duplicative or unproductive activities and is hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) to

2

prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

SO ORDERED:

Dated:  _____          _____
                                HON. R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE