**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ABDUL–HAMEED<br><br>PLAINTIFF(S)<br><br>v.<br><br>SNAP INC. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25–cv–07844–RGK–RAO<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 10/20/2025 | / | 14, 15 and 16 | / | Motion/Memorandum/Declaration by Plaintiff Omar Abdul–Hameed |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Memorandum contains single spaced text in violation of L.R. 11–3.6.

Dated: October 21, 2025

By: /s/ *R. Gary Klausner*
U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)