**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Lead Plaintiff Movant*
*Omar Abdul-Hameed and [Proposed]*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDUL-HAMEED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN T. SPIEGEL, and DEREK ANDERSEN,<br><br>Defendants. | No.: 2:25-cv-07844-RGK-RAO<br><br>**NOTICE OF MOTION OF OMAR ABDUL-HAMEED FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. R. Gary Klausner<br>Date: November 17, 2025<br>Time: 9:00 a.m.<br>Courtroom: #850 |

NOTICE OF MOTION OF OMAR ABDUL-HAMEED
Case No. 2:25-cv-07844-RGK-RAO

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 17, 2025 at 9:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable R. Gary Klausner situated at the Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Courtroom 850, Los Angeles, California, Plaintiff Omar Abdul-Hameed ("Plaintiff"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Plaintiff as Lead Plaintiff on behalf of all investors who purchased or otherwise acquired Snap, Inc. ("Snap" or the "Company") securities between April 29, 2025 to August 5, 2025, inclusive; and (ii) approving Plaintiff's choice of counsel as Lead Counsel. In support of this Motion, Plaintiff submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Plaintiff is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $5,594,523.46 which was suffered as a result of Defendants' wrongful conduct as

alleged in the above-referenced documents. Further, Plaintiff satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of other Class members' claims and he will fairly and adequately represent the interests of the class.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff initially filed this motion on October 20, 2025. ECF Nos. 14-16. Plaintiff's motion was stricken for failure to comply with Local Rules. ECF No. 21. This motion and accompanying documents represent the corrected versions of the documents filed previously.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Plaintiff's counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Plaintiff has been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Plaintiff as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d.

1129, 1138 (C.D. Cal. 1999).

Dated: October 22, 2025                Respectfully submitted,

                                       **LEVI & KORSINSKY, LLP**

                                       */s/ Adam M. Apton*
                                       Adam M. Apton (SBN 316506)
                                       aapton@zlk.com
                                       515 South Flower Street
                                       18th and 19th Floors
                                       Los Angeles, CA 90071
                                       Tel: (213) 985-7290

                                       *Attorneys for Lead Plaintiff Movant Omar*
                                       *Abdul-Hameed and [Proposed] Lead*
                                       *Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 515 South Flower Street, 18th and 19th Floors, Los Angeles, CA 90071. I am over the age of eighteen.

On October 22, 2025, I electronically filed the following **NOTICE OF MOTION OF OMAR ABDUL-HAMEED FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 22, 2025.

*/s/ Adam M. Apton*
Adam M. Apton