**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Lead Plaintiff Movant*
*Omar Abdul-Hameed and [Proposed]*
*Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDUL-HAMEED, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC., EVAN T. SPIEGEL, and DEREK ANDERSEN,<br><br>Defendants. | No.: 2:25-cv-07844-RGK-RAO<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF OMAR ABDUL-HAMEED'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. R. Gary Klausner<br>Date: November 17, 2025<br>Time: 9:00 a.m.<br>Courtroom: #850 |

DECLARATION OF ADAM M. APTON
Case No. 2:25-cv-07844-RGK-RAO

I, ADAM M. APTON hereby declare that:

1.    I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Omar Abdul-Hameed ("Plaintiff"), and proposed Lead Counsel for the class.

2.    I make this Declaration in support of Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Plaintiff.

4.    Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Plaintiff.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on August 21, 2025.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: October 22, 2025          /s/ Adam M. Apton
                                 Adam M. Apton

DECLARATION OF ADAM M. APTON
Case No. 2:25-cv-07844-RGK-RAO
3

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 515 South Flower Street, 18th and 19th Floors, Los Angeles, CA 90071. I am over the age of eighteen.

On October 22, 2025, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF OMAR ABDUL-HAMEED FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 22, 2025.

/s/ Adam M. Apton
Adam M. Apton

DECLARATION OF ADAM M. APTON
Case No. 2:25-cv-07844-RGK-RAO
4