# EXHIBIT B

| Client Name | Omar Abdul-Hameed |
|---|---|
| Company Name | Snap Inc. |
| Ticker Symbol | SNAP |
| Security Type | |
| Class Period Start | 04-29-2025 |
| Class Period End | 08-05-2025 |
| 90-DAY Lookback Period Start | 08-06-2025 |
| 90-DAY Lookback Period End | 08-20-2025 |
| 90-DAY Lookback Average | $7.65 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $1,821,155.31 |
| DURA LIFO* Total | $1,395,892.24 |
| Gross Shares Purchased | 2,220,000 |
| Net Shares Retained | 720,000 |
| Net Funds Expended | $7,329,494.93 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-21-2025 | 270000 | 9.93730067 | $2,683,071.18 | 07-28-2025 | 270000 | | $09.57 | $2,583,101.48 | - | - | - | $07.65 | | $99,969.70 | |
| 07-21-2025 | 60000 | 9.93730067 | $596,238.04 | | | | | | - | 60000 | 60000 | $07.65 | $459,028.30 | $137,209.74 | $137,209.74 |
| 07-21-2025 | 100000 | 10.02454053 | $1,002,454.05 | 07-28-2025 | 100000 | | $09.60 | $959,696.53 | - | - | - | $07.65 | | $42,757.52 | |
| 07-21-2025 | 230000 | 10.02454053 | $2,305,644.32 | 07-28-2025 | 230000 | | $09.57 | $2,200,419.78 | - | - | - | $07.65 | | $105,224.54 | |
| 07-25-2025 | 28392 | 9.71615437 | $275,861.05 | 07-28-2025 | 28392 | | $09.60 | $272,477.04 | - | - | - | $07.65 | | $3,384.02 | |
| 07-25-2025 | 371608 | 9.74789999 | $3,622,397.62 | 07-28-2025 | 371608 | | $09.60 | $3,566,309.09 | - | - | - | $07.65 | | $56,088.53 | |
| 07-28-2025 | 500000 | 9.63268538 | $4,816,342.69 | | | | | | - | 500000 | 500000 | $07.65 | $3,825,235.85 | $991,106.84 | $991,106.84 |
| 07-28-2025 | 500000 | 9.72336578 | $4,861,682.89 | 07-29-2025 | 500000 | | $09.49 | $4,743,844.12 | - | - | - | $07.65 | | $117,838.77 | |
| 07-29-2025 | 100000 | 9.4701466 | $947,014.66 | | | | | | - | 100000 | 100000 | $07.65 | $765,047.17 | $181,967.49 | $181,967.49 |
| 08-01-2025 | 10000 | 9.035 | $90,350.00 | | | | | | - | 10000 | 10000 | $07.65 | $76,504.72 | $13,845.28 | $13,845.28 |
| 08-01-2025 | 10000 | 9.058 | $90,580.00 | | | | | | - | 10000 | 10000 | $07.65 | $76,504.72 | $14,075.28 | $14,075.28 |
| 08-01-2025 | 40000 | 9.09266175 | $363,706.47 | | | | | | - | 40000 | 40000 | $07.65 | $306,018.87 | $57,687.60 | $57,687.60 |
| **Total:** | **2,220,000** | | **$21,655,342.98** | | **1,500,000** | | | **$14,325,848.05** | | **720,000** | **720,000** | | **$5,508,339.62** | **$1,821,155.31** | **$1,395,892.24** |

**SUMMARY OF FINANCIAL INTEREST COMMON STOCK + OPTIONS**

| | |
|---|---|
| LIFO Loss Total | $5,594,523.46 |
| DURA LIFO* Total | $4,605,061.39 |
| Gross Shares Purchased | 2,220,000 |
| Net Shares Retained | 720,000 |
| Net Contracts Retained | 24,300 |
| Net Funds Expended | $14,240,189.93 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

| | | |
|---|---|---|
| **Omar Abdul-Hameed** | | $3,773,368.15 |
| **Transactions in Snap Inc. (SNAP)** | *Dura* LIFO Losses/(Gain)* Options | $3,209,169.15 |
| **Class Period: 04-29-2025 to 08-05-2025, inclusive** | | |
| Buy B), Sell S), Sell to Open SO), Buy to Open BO), Sell to Close SC), Buy to Close BC) | | |

**Options**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) | Comments |
|---|---|---|---|---|---|---|
| 7/28/2025 | Buy To Open | 10000 | SNAP JUNE 18 2026 10.0 C | $2.3700 | $2,369,635.00 | |
| 7/29/2025 | Sell To Close | -1 | SNAP JUNE 18 2026 10.0 C | $2.3400 | ($234.00) | |
| 7/29/2025 | Sell To Close | -2194 | SNAP JUNE 18 2026 10.0 C | $2.3000 | ($504,620.00) | |
| 7/29/2025 | Sell To Close | -4000 | SNAP JUNE 18 2026 10.0 C | $2.2600 | ($904,000.00) | |
| 7/29/2025 | Sell To Close | -100 | SNAP JUNE 18 2026 10.0 C | $2.2500 | ($22,500.00) | |
| 7/29/2025 | Sell To Close | -1705 | SNAP JUNE 18 2026 10.0 C | $2.2400 | ($381,920.00) | |
| 7/29/2025 | Sell To Close | -2000 | SNAP JUNE 18 2026 10.0 C | $2.2205 | ($444,100.00) | |
| | | | | | | |
| 7/31/2025 | Buy To Open | 2000 | SNAP JUNE 18 2026 8.0 C | $3.3981 | $679,614.00 | |
| 7/31/2025 | Buy To Open | 4500 | SNAP JUNE 18 2026 8.0 C | $3.3434 | $1,504,530.00 | |
| 7/31/2025 | Buy To Open | 4000 | SNAP JUNE 18 2026 8.0 C | $3.3500 | $1,340,000.00 | |
| *10-20-2025 | Retained | -10500 | SNAP JUNE 18 2026 8.0 C | $1.7651 | ($1,853,349.06) | *Closing price avg as of 10-20-2025 |
| | | | | | | |
| 7/31/2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $1.3700 | $136,998.00 | |
| 7/31/2025 | Buy To Open | 600 | SNAP MARCH 20 2026 12.0 C | $1.3600 | $81,600.00 | |
| 7/31/2025 | Buy To Open | 400 | SNAP MARCH 20 2026 12.0 C | $1.3800 | $55,200.00 | |
| 7/31/2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $1.3200 | $132,000.00 | |
| 7/31/2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 12.0 C | $1.3200 | $132,000.00 | |
| *10-20-2025 | Retained | -4000 | SNAP MARCH 20 2026 12.0 C | $0.4973 | ($198,923.08) | *Closing price avg as of 10-20-2025 |
| | | | | | | |
| 7/31/2025 | Buy To Open | 200 | SNAP MARCH 20 2026 10.0 C | $1.9900 | $39,800.00 | |
| 7/31/2025 | Buy To Open | 2000 | SNAP MARCH 20 2026 10.0 C | $2.0200 | $404,000.00 | |
| 7/31/2025 | Buy To Open | 100 | SNAP MARCH 20 2026 10.0 C | $2.0500 | $20,500.00 | |
| 7/31/2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 10.0 C | $2.0900 | $209,000.00 | |
| 7/31/2025 | Buy To Open | 2000 | SNAP MARCH 20 2026 10.0 C | $2.0100 | $402,000.00 | |
| *10-20-2025 | Retained | -5300 | SNAP MARCH 20 2026 10.0 C | $0.8326 | ($441,300.00) | *Closing price avg as of 10-20-2025 |
| | | | | | | |
| 7/28/2025 | Buy To Open | 1000 | SNAP MARCH 20 2026 9.0 C | $2.4600 | $246,000.00 | |
| 7/28/2025 | Buy To Open | 5000 | SNAP MARCH 20 2026 9.0 C | $2.4900 | $1,245,000.00 | |
| 7/28/2025 | Buy To Open | 3231 | SNAP MARCH 20 2026 9.0 C | $2.5000 | $807,750.00 | |
| 7/28/2025 | Buy To Open | 1769 | SNAP MARCH 20 2026 9.0 C | $2.5100 | $444,019.00 | |
| 7/28/2025 | Buy To Open | 3000 | SNAP MARCH 20 2026 9.0 C | $2.5478 | $764,336.00 | |
| 7/28/2025 | Buy To Open | 3000 | SNAP MARCH 20 2026 9.0 C | $2.5600 | $767,996.00 | |
| 7/29/2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $2.3487 | ($939,493.00) | |
| 7/29/2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $2.3200 | ($928,000.00) | |
| 7/29/2025 | Sell To Close | -4000 | SNAP MARCH 20 2026 9.0 C | $2.0229 | ($809,170.00) | |
| 7/29/2025 | Sell To Close | -1696 | SNAP MARCH 20 2026 9.0 C | $2.3000 | ($390,080.00) | |
| 7/29/2025 | Sell To Close | -3304 | SNAP MARCH 20 2026 9.0 C | $2.3000 | ($759,920.00) | |
| | | | | | | |
| 7/31/2025 | Buy To Open | 4500 | SNAP MARCH 20 2026 8.0 C | $3.0500 | $1,372,500.00 | |
| *10-20-2025 | Retained | -4500 | SNAP MARCH 20 2026 8.0 C | $1.4306 | ($643,754.72) | *Closing price avg as of 10-20-2025 |
| | | | | | | |
| 7/28/2025 | Buy To Open | 500 | SNAP AUGUST 1 2025 9.0 C | $0.6900 | $34,500.00 | |
| 7/28/2025 | Buy To Open | 500 | SNAP AUGUST 1 2025 9.0 C | $0.6800 | $34,000.00 | |
| 7/28/2025 | Sell To Close | -1000 | SNAP AUGUST 1 2025 9.0 C | $0.6500 | ($65,000.00) | |
| | | | | | | |
| 7/21/2025 | Sell To Open | -896 | SNAP JULY 25 2025 10.0 C | $0.2300 | ($20,608.00) | |
| 7/21/2025 | Sell To Open | -1000 | SNAP JULY 25 2025 10.0 C | $0.2000 | ($20,000.00) | |
| 7/22/2025 | Sell To Open | -2098 | SNAP JULY 25 2025 10.0 C | $0.2700 | ($56,646.00) | |
| 7/22/2025 | Sell To Open | -841 | SNAP JULY 25 2025 10.0 C | $0.2600 | ($21,866.00) | |
| 7/22/2025 | Sell To Open | -1 | SNAP JULY 25 2025 10.0 C | $0.2600 | ($26.00) | |
| 7/22/2025 | Sell To Open | -1764 | SNAP JULY 25 2025 10.0 C | $0.2500 | ($44,100.00) | |