# EXHIBIT C



**Source:** *Levi & Korsinsky, LLP*

*August 21, 2025 14:49 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Snap Inc. Securities and Sets a Lead Plaintiff Deadline of October 20, 2025

NEW YORK, Aug. 21, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Snap, Inc. ("Snap" or the "Company") (NYSE: SNAP) <u>between April 29, 2025, to August 5, 2025, both dates inclusive. You are hereby notified</u>** that the class action lawsuit *Omar Abdul-Hameed v. Snap, Inc., et al.* (Case No. 2:25-cv-07844) has been commenced in the United States District Court for the Central District of California. To get more information **go to:**

[https://zlk.com/pslra-1/snap-inc-lawsuit-submission-form-2](https://zlk.com/pslra-1/snap-inc-lawsuit-submission-form-2)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Snap's advertising revenue growth

rate; notably, that, due to Snap's own execution failure, it had significantly declined from 9% in the first quarter; secondly than April.

On August 5, 2025, Snap announced its financial results for the second quarter of fiscal 2025, disclosing a deceleration in advertising revenue growth. The Company attributed the slowdown to "an issue related to our ad platform, the timing of Ramadan and the effects of the de minimis changes."

Following this news, the price of Snap's common stock declined dramatically. From a closing market price of $9.39 per share on August 5, 2025, Snap's stock price fell to $7.78 per share on August 6, 2025, a decline of about 17.15% in the span of just a single day.

**If you suffered a loss in SNAP securities, you have until October 20, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com